LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 13-09381-BRO (PLAx) | Date | March 11, 2014 |
|---|---|---|---|
| Title | Timothy Patrick McLanahan v. Brad Grey et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL.**

ORDER TO SHOW CAUSE

　　Plaintiff has failed to submit the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form A0-121).

　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by the close of business on Monday, March 31, 2014 why the Court should not dismissed.

　　Submission of the required AO-120 and/or AO-121 form will satisfy this Order.

　　Failure to respond to this OSC will be deemed consent to the dismissal of the action.

　　**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |