UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PATRICK MCLANAHAN<br><br>Plaintiff(s),<br><br>v.<br><br>BRAD GREY , et al.<br><br>Defendant(s). | CASE NO:<br>2:13−cv−09381−BRO−PLA<br><br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION<br>WITHOUT PREJUDICE<br>(Pursuant to Local Rule 41) |

On <u>6/4/22014</u>, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>6/25/2014</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
Beverly Reid O'Connell
United States District Judge